■ In the Matter of COLIN A. MOORE, a Suspended Attorney. [767 NYS2d 567] —Reargument and/or leave to appeal to the Court of Appeals denied. No opinion. Concur—Nardelli, J.P., Sullivan, Ellerin, Lerner and Gonzalez, JJ.